Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
  Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mary L. Varnado, vs. Pfizer, Inc...*<br>*MDL No. 06-2885:* Plaintiff Mary L. Varnado | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Mary L. Varnado, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Mary L. Varnado's** action only, with each
2  side bearing its own attorneys' fees and costs.

Dated:                                      By: _____
                                            Jayne Conroy
                                            **HANLY CONROY BIERSTEIN**
                                            **SHERIDAN FISHER & HAYES LLP**
                                            112 Madison Avenue
                                            New York, New York 10016-7416
                                            (212) 784-6400
                                            (212) 784-6420 (Fax)
                                            Email: jconroy@hanlyconroy.com

                              -and-

                                            **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.
                                            East Alton, IL 62024
                                            (618) 259-2222
                                            (618) 259-2251 (Fax)

                                            *Counsel for Plaintiff.*


Dated:   March 10, 2010                     By: _____
                                            Michelle W. Sadowsky
                                            **DLA PIPER US LLP**
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            (212) 335-4625
                                            (212) 884-8675 (Fax)

                                            *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   April 5, 2010                      By: _____
                                            United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE